**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**BRENDA F. CARLSON,**

      **Plaintiff,**

**v.**     **CASE NO. 3:05cv116/RV/EMT**

**METROPOLITAN LIFE INSURANCE
COMPANY,**

      **Defendant.**
_____/

## ORDER OF DISMISSAL

The Court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

(1) Any and all claims Plaintiff has or may have had for disability benefits under the applicable Plan, which accrued on or before September 30, 2005, are hereby dismissed with prejudice, and without taxation of costs.

(2) Any and all claims Plaintiff has or may have for disability benefits under the applicable Plan, accruing on or after October 1, 2005, are hereby dismissed without prejudice, and without taxation of costs.

(3) In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside this order of dismissal.

DONE AND ORDERED this 2nd day of November, 2005.

      /s/ *Roger Vinson*
      **ROGER VINSON
      Senior United States District Judge**